IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02570-MSK-KLM

MARY OZNOFF,

    Plaintiff,

v.

MERCK SHARP & DOEHME CORP.,

    Defendant.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 17th day of October, 2011.

                            BY THE COURT:

                            *Marcia S. Krieger*
                            Marcia S. Krieger
                            United States District Judge